AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gerber, Joel | United States Tax Court | 04/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

400 2nd Street, N.W., Room 418
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gold Coins | | None | J | T | | | | | |
| 2. Ing Annuity (X) | E | Distribution | N | T | | | | | |
| 3. Citibank Checking | A | Interest | K | T | | | | | |
| 4. Citibank Money Market Checking | A | Interest | M | T | | | | | |
| 5. T. D. Ameritrade Mney Mkt | A | Int./Div. | J | T | | | | | |
| 6. Alps Services Brown Cam Small Company Fund 1 | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 7. | | | | | Sold (part) | 02/05/15 | J | A | |
| 8. | | | | | Sold (part) | 03/25/15 | J | A | |
| 9. | | | | | Sold (part) | 06/24/15 | J | A | |
| 10. | | | | | Sold (part) | 09/25/15 | J | A | |
| 11. AQR Managed Futures Strategy Fund CL 1 | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 12. | | | | | Sold (part) | 02/05/15 | J | A | |
| 13. | | | | | Sold (part) | 03/25/15 | J | A | |
| 14. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 15. | | | | | Sold (part) | 09/25/15 | J | A | |
| 16. Artisan Fds Inc Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 17. | | | | | Sold (part) | 02/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 19. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 20. Berwyn Fund Inc Common | | None | | | Sold (part) | 01/08/15 | J | A | |
| 21. | | | | | Sold (part) | 02/05/15 | J | A | |
| 22. | | | | | Sold | 03/25/15 | J | A | |
| 23. Blackrock Total Return | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 24. | | | | | Sold (part) | 02/05/15 | J | A | |
| 25. | | | | | Sold (part) | 03/25/15 | J | A | |
| 26. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 27. | | | | | Sold (part) | 09/25/15 | J | A | |
| 28. Bridgeway Fund, Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 29. | | | | | Sold (part) | 02/05/15 | J | A | |
| 30. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 31. | | | | | Sold (part) | 06/24/15 | J | A | |
| 32. | | | | | Sold (part) | 09/25/15 | J | A | |
| 33. Buffalo Funds Mid Cap | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 34. | | | | | Sold (part) | 02/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 36. | | | | | Sold (part) | 06/26/15 | J | A | |
| 37. | | | | | Sold (part) | 09/25/15 | J | A | |
| 38. Dodge & Cox Fds Internationall Stock Fund | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 39. | | | | | Sold (part) | 02/05/15 | J | A | |
| 40. | | | | | Sold (part) | 03/25/15 | J | A | |
| 41. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 42. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 43. Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 44. | | | | | Sold (part) | 02/05/15 | J | A | |
| 45. | | | | | Sold (part) | 03/25/15 | J | A | |
| 46. | | | | | Sold (part) | 06/24/15 | J | A | |
| 47. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 48. Jensen Portfolio Inc Com | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 49. | | | | | Sold (part) | 02/05/15 | J | A | |
| 50. | | | | | Sold (part) | 03/25/15 | J | A | |
| 51. | | | | | Sold (part) | 06/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/25/15 | J | A | |
| 53. Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 54. | | | | | Sold (part) | 02/05/15 | J | A | |
| 55. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 56. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 57. | | | | | Sold (part) | 09/25/15 | J | A | |
| 58. Northern Funds Small Cap Fund | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 59. | | | | | Sold (part) | 02/05/15 | J | A | |
| 60. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 61. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 62. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 63. Pimco Total Return | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 64. | | | | | Sold (part) | 02/05/15 | J | A | |
| 65. | | | | | Buy (add'l) | 04/25/15 | J | | |
| 66. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 67. | | | | | Sold (part) | 09/25/15 | J | A | |
| 68. T Rowe Price Equity Income Fund Sh Ben Int | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/05/15 | J | A | |
| 70. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 71. | | | | | Sold (part) | 06/24/15 | J | A | |
| 72. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 73. SSGA Funds Emerging Market | | None | | | Sold | 01/08/15 | J | A | |
| 74. T Rowe Price Blue Chip | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 75. | | | | | Sold (part) | 02/05/15 | J | A | |
| 76. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 77. | | | | | Sold (part) | 06/24/15 | J | A | |
| 78. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 79. T. Rowe Price High Yield | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 80. T Rowe Price Intl Emerg Mkts Stk | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 81. | | | | | Sold (part) | 02/05/15 | J | A | |
| 82. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 83. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 84. Templeton Income Tr Global Bond Advisor | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 85. | | | | | Sold (part) | 02/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 87. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 88. | | | | | Sold (part) | 09/25/15 | J | A | |
| 89. Thornburg Interntl Value Inst | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 90. | | | | | Sold (part) | 02/05/15 | J | A | |
| 91. | | | | | Sold (part) | 03/25/15 | J | A | |
| 92. | | | | | Sold (part) | 06/25/15 | J | A | |
| 93. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 94. Voya (formerly Ing) Global Fund Real Estate | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 95. | | | | | Sold (part) | 02/05/15 | J | A | |
| 96. | | | | | Sold (part) | 03/25/15 | J | A | |
| 97. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 98. | | | | | Sold (part) | 09/25/15 | J | A | |
| 99. AQR Managed Futures Strategy Fund CL 1 | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 100. | | | | | Sold (part) | 03/25/15 | J | A | |
| 101. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 102. | | | | | Sold (part) | 09/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Century Government Bond | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 104. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 105. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 106. | | | | | Sold (part) | 09/24/15 | J | A | |
| 107. Artisan Funds Inc Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 108. | | | | | Sold (part) | 03/25/15 | J | A | |
| 109. | | | | | Sold (part) | 06/24/15 | J | A | |
| 110. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 111. Blackrock Total Return | A | Dividend | K | T | Buy (add'l) | 01/06/15 | J | | |
| 112. | | | | | Sold (part) | 03/25/15 | J | A | |
| 113. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 114. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 115. Bridgeway Blue Chip | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 116. | | | | | Sold (part) | 03/25/15 | J | A | |
| 117. | | | | | Sold (part) | 06/24/15 | J | A | |
| 118. | | | | | Sold (part) | 09/24/15 | J | A | |
| 119. Dodge & Cox Funds International Stock Fund | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/25/15 | J | A | |
| 121. | | | | | Sold (part) | 06/24/15 | J | A | |
| 122. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 123. Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 124. | | | | | Sold (part) | 03/25/15 | J | A | |
| 125. | | | | | Sold (part) | 06/24/15 | J | A | |
| 126. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 127. Janus Short Term Bond T | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 128. | | | | | Sold (part) | 03/25/15 | J | A | |
| 129. | | | | | Sold (part) | 06/24/15 | J | A | |
| 130. | | | | | Sold (part) | 09/24/15 | J | A | |
| 131. Jensen Quality Growth J | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 132. | | | | | Sold (part) | 03/25/15 | J | A | |
| 133. | | | | | Sold (part) | 06/24/15 | J | A | |
| 134. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 135. Metropolitan West Total Return | A | Dividend | K | T | Buy (add'l) | 01/06/15 | J | | |
| 136. | | | | | Sold (part) | 03/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 138. | | | | | Sold (part) | 09/24/15 | J | A | |
| 139. Northern FDS Small Cap Fund | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 140. | | | | | Sold (part) | 03/25/15 | J | A | |
| 141. | | | | | Sold (part) | 06/24/15 | J | A | |
| 142. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 143. Pimco Real Return Fd Cl D | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 144. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 145. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 146. | | | | | Sold (part) | 09/24/15 | J | A | |
| 147. Pimco Total Return Fund Institutional | | None | | | Sold | 01/06/15 | J | A | |
| 148. T Rowe Price High Yield Fund 1 Com | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 149. | | | | | Sold (part) | 03/25/15 | J | A | |
| 150. | | | | | Sold (part) | 06/24/15 | J | A | |
| 151. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 152. T Rowe Price Com Short Term Bond | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 153. | | | | | Sold (part) | 03/25/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 06/24/15 | J | A | |
| 155. | | | | | Sold (part) | 09/24/15 | J | A | |
| 156. T Rowe Price Equity Income F Share Ben | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 157. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 158. | | | | | Sold (part) | 06/24/15 | J | A | |
| 159. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 160. T Rowe Price Emerging Market Shares | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 161. | | | | | Sold (part) | 03/25/15 | J | A | |
| 162. | | | | | Sold (part) | 06/24/15 | J | A | |
| 163. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 164. T Rowe Price Blue Chip Growth | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 165. | | | | | Sold (part) | 03/25/15 | J | A | |
| 166. | | | | | Sold (part) | 06/24/15 | J | A | |
| 167. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 168. Templeton Income Tr Global Bond | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 169. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 170. | | | | | Sold (part) | 06/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544